Che Corrington, OSB No. 216151
Email: che@hattislaw.com
Daniel M. Hattis (*pro hac vice* to be submitted)
Email: dan@hattislaw.com
HATTIS LUKACS & CORRINGTON
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650

*Attorneys for Plaintiff
and the Proposed Class*

Nika F. Aldrich, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Tel: (206) 622-1711

Michael W. McTigue Jr. (*pro hac vice*)
Email: Michael.McTigue@skadden.com
Meredith C. Slawe (*pro hac vice*)
Email: Meredith.Slawe@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Tel: (212) 735-3000

*Attorneys for Defendant Best Buy Co., Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| DAVID WHITT,<br>for himself, as a private attorney general, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY CO., INC.,<br><br>Defendant. | Case No. 3:25-cv-761-SI<br><br>**JOINT STATUS REPORT** |

## JOINT STATUS REPORT

Plaintiff David Whitt ("Plaintiff") and Defendant Best Buy Co., Inc. ("Best Buy") (collectively, the "Parties") hereby submit this Joint Status Report pursuant to this Court's Order, dated August 12, 2025 (Dkt. 25) and regarding the outcome of the private mediation that occurred on September 18, 2025:

The Parties have reached a resolution of this matter and expect to file a notice of dismissal within the next forty-five (45) calendar days. The Parties respectfully request that the Court stay and suspend all litigation deadlines for the next forty-five (45) calendar days.

Dated this 14th day of October, 2025.

| HATTIS LUKACS & CORRINGTON | SCHWABE, WILLIAMSON & WYATT P.C. |
|---|---|
| By: *s/ Che Corrington*<br>Che Corrington, OSB # 216151<br>Email: che@hattislaw.com<br><br>*Attorneys for Plaintiff and the Proposed Class* | By: *s/ Nika Aldrich*<br>Nika Aldrich, OSB #160306<br>Email: naldrich@schwabe.com<br><br>Michael W. McTigue Jr. (*pro hac vice*)<br>Email: Michael.McTigue@skadden.com<br>Meredith C. Slawe (*pro hac vice*)<br>Email: Meredith.Slawe@skadden.com<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br><br>*Attorneys for Defendant* |